UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA RENEE NICHOLS, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>INTERNATIONAL )<br>LONGSHOREMAN ASSOCIATION, )<br>LOCAL 138, and HOWARD )<br>LEE, JR., )<br>    Defendants. | **JUDGMENT**<br><br>No. 7:07-CV-141-H |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED this case is dismissed for failure to prosecute or comply with this Court's June 2, 2010 order.**

This Judgment Filed and Entered on June 29, 2010, with service on:

Jeffery P. Boykin (via cm/ecf Notice of Electronic Filing)
Michael Murchison (via cm/ecf Notice of Electronic Filing)

Date: June 29, 2010

                                                DENNIS P. IAVARONE, CLERK
                                                /s/ Delsia Heath
                                                (By): Delsia Heath, Deputy Clerk